UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORTH AMERICA AUTO
SALES, LLC, a Florida corporation,

    Plaintiff,

vs.                                    CASE NO.:_____

NIPPON YUSEN KAISHA (NYK LINE),
a foreign corporation, and NYK LINE
(N.A.) INC., a Delaware corporation,

    Defendants.
_____/

## COMPLAINT IN PERSONAM

North America Auto Sales, LLC (hereinafter NA Auto), Plaintiff, as and for its Complaint, in a cause civil and maritime against Nippon Yusen Kaisha (NYK Line) (hereinafter "NYK") and NYK Line (N.A.) Inc. (hereinafter "NYK, NA"), Defendants, alleges upon information and belief as follows:

### COUNT I – BREACH OF CONTRACTS OF CARRIAGE

1. This is an admiralty and maritime claim for damages within the meaning of 28 U.S.C.A. § 1333 and Rule 9(h), Federal Rules of Civil Procedure.

2. At all times material hereto, NA Auto was a limited liability company organized and existing under the laws of the State of Florida, maintaining its principal place of business in Tampa, Florida, and was engaged in the business of purchasing and thereafter selling vehicles to both domestic and foreign purchasers.

3. In October 2013 NA Auto purchased, for a good and valuable consideration, three 2008 Toyota Camry vehicles for the purpose of re-selling those vehicles to a purchaser in Madaba, Jordan.

4. At all times material hereto, NYK was a corporation organized and existing under the laws of a foreign country, and was engaged in the business of owning or operating commercial vessels for the carriage of cargo from one or more ports in the United States to discharge ports in one or more foreign countries.

5. At all times material hereto, NYK, NA was a Delaware corporation, maintaining its principal place of business in Secaucus, New Jersey, and was in the business of acting as agent for NYK with respect to the carriage of cargo on NYK vessels.

6. On or about various dates in November 2013, NA Auto as shipper delivered to NYK and/or NYK, NA, at various ports of embarkation in the United States, three 2008 Toyota Camry vehicles, in good order and condition, consigned to Plaintiff's customer in Madaba, Jordan, to be transported on NYK's vessels from the ports of shipment in the United States to the port of discharge, Aqaba, Jordan, and there discharged and delivered to the consignee in the same good order and condition as shipped, all in accordance with the terms of Bills of Lading issued to NA Auto by NYK and/or NYK, NA.

7. The Bills of Lading issued to NA Auto incorporated and were subject to the Carriage of Goods by Sea Act and/or The Harter Act, 46 U.S.C.,A. §§ 30701 *et seq.*

8. Thereafter, NYK and/or NYK, NA loaded the vehicles upon its vessels, M/V JINSEI MARU and M/V TALIA and the vessels sailed from the ports of embarkation for the

purpose of delivering the cargo/vehicles to the consignee at the port of Aqaba, Jordan, on or before January 1, 2014.

9. During the carriage of the cargo/vehicles, and after sailing from the ports of embarkation in the United States, at an intermediate foreign port, the cargo/vehicles were trans-shipped from M/V JINSEI MARU and M/V TALIA to M/V GAIA LEADER which vessel subsequently arrived at the port of Aqaba, Jordan, on or about January 6, 2014, where the cargo/vehicles were discharged, but in breach of the Bills of Lading and COGSA and/or The Harter Act the cargo/vehicles were not delivered to the consignee as the customs permit/permission issued by the Kingdom of Jordan permitting entry of the cargo/vehicles into Jordan had expired on January 1, 2014.

10. Subsequent to discharge from M/V GAIA LEADER, NA Auto's vehicles, having been denied permission for entry into Jordan, remained undelivered and in the care, custody and control of NYK and/or NYK, NA.

11. NA Auto and/or the consignee performed all valid terms of said Bills of Lading on their part to be performed, and by reason of the premises and Defendants' breach of its contract of carriage, NA Auto
and/or the consignee have sustained damages in the sum of $40,497.00, the value of the three 2008 Toyota Camry vehicles upon arrival at the port of Aqaba, Jordan, no part of which has been paid, although duly demanded.

12. NA Auto asserts this claim on its own behalf as shipper of the cargo/vehicles and for and on behalf of the consignee of said cargo/vehicles as their interests may appear.

WHEREFORE, North America Auto Sales, LLC requests entry of final judgment against Nippon Yusen Kaisha (NYK Line) and NYK Line (N.A.). Inc. in the amount of Plaintiff's damages, $40,497.00, plus pre-judgment interest on that amount from the date the cargo/vehicles were discharged in the port of Aqaba, Jordan, Plaintiff's costs and for such other and further relief as may seem just to the Court.

## COUNT II

13.   NA Auto reaffirms and realleges the allegations contained in paragraphs 1 through 12 above as fully as if set out herein.

14.   Following NYK and/or NYK, NA's failure to properly deliver NA Auto's cargo/vehicles to the consignee in the port of Aqaba, Jordan, NA Auto's cargo/vehicles remained in the possession, custody and control of NYK Lines' agent in the port of Aqaba, Jordan.

15.   The continued possession, custody and control of NA Auto's cargo/vehicles by NYK and/or NYK, NA without proper delivery to the consignee as called for by the Bills of Lading constitutes a bailment of said cargo/vehicles.

16.   On or about January 13, 2014, NYK and/or NYK NA offered to transport NA Auto's cargo/vehicles back from the port of Aqaba, Jordan, to ports of discharge in the United States.

17.   As NA Auto's cargo/vehicles had been denied customs entry into Jordan, NA Auto accepted NYK and/or NYK, NA's offer for reshipment, but to date, NA Auto's cargo/vehicles have not been reshipped and/or returned to NA Auto at ports of discharge in the United States.

18. In view of the foregoing and NYK and/or NYK, NA's failure to redeliver NA Auto's cargo/vehicles as aforesaid, NA Auto has sustained damages in the amount of the value of NA Auto's cargo/vehicles, in the total amount of $40,497.00.

WHEREFORE, North America Auto Sales, LLC requests entry of final judgment against Nippon Yusen Kaisha (NYK Line) and NYK Line (N.A.). Inc. in the amount of Plaintiff's damages, $40,497.00, plus pre-judgment interest on that amount from the date the cargo/vehicles were discharged in the port of Aqaba, Jordan, Plaintiff's costs and for such other and further relief as may seem just to the Court.

Dated this 29th day of December, 2014.

Respectfully submitted,

/s/ David F. Pope

David F. Pope - FBN: 164452
Eric C. Thiel – FBN: 016267
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Boulevard, Suite 1500
Tampa, FL 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
E-mail: service-dpope@bankerlopez.com
service-ethiel@bankerlopez.com

Attorneys for Plaintiff, North America Auto Sales, LLC